# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL R. BENNETT,<br><br>                 Plaintiff,<br>v.<br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                 Defendants. | Civil Action No. 20cv02416 AJB MDD<br><br>ORDER GRANTING JOINT MOTION TO DISMISS<br>(Doc. No. 11) |

Pursuant to the Joint Motion filed on behalf of both parties, the Court hereby grants dismissal of the above captioned matter with prejudice; each party will bear their own costs and fees.

IT IS SO ORDERED.

Dated: June 25, 2021

                                              Hon. Anthony J. Battaglia
                                              United States District Judge